UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY MONEYHAM

(Enter above the full name of
plaintiff in this action)

v.

B. CHAMBERS

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 3:18CV513
(to be supplied by Clerk
of the District Court)

FILED
SCRANTON

MAR - 2 2018

Per_____ DEPUTY CLERK

## COMPLAINT

1. The plaintiff ANTHONY MONEYHAM a citizen of the County of UNION State of Pennsylvania, residing at UNITED STATES PENITENTIARY LEWISBURG wishes to file a complaint under 28 U.S.C 1331(a)
(give Title No. etc.)

2. The defendant is B. CHAMBERS DISCIPLINE HEARING OFFICE

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) ON NOVEMBER-15-2016

3. (CONTINUED) Discipline Hearing Officer (DHO) B. Chambers held a disciplinary hearing. At the hearing I requested for a witness to appear and to have surveillance footage presented. DHO Chambers denied my request for my witness to appear and video footage to be presented and found me guilty and sanction me lost of good conduct time. On 5-17-16 DHO Chambers held a disciplinary hearing and denied my request to have a witness appear and video footage to review and found me guilty and sanction me lost of good conduct time. On January-3-17 DHO Chambers held a disciplinary hearing and views the surveillance footage and seen the allegation was not supported from a time standpoint and found me guilty and sanction me lost of good conduct time. On February-28-2017 DHO Chambers had me remove from the hearing because I chose to remain silent and rit in the hands ei land found me guilty sanction me lost of good conduct time and did not issue me a DHO report. On 3-20-17 DHO Chambers held a hearing I requested for video to be presented he denied my request found me guilty and sanction me lost of good conduct time.

4. WHEREFORE, plaintiff prays that _____ This Grant the following relief A. Issue a declaratory judgment stating that Defendant Chambers action in conducting the plaintiff disciplinary hearings violated the plaintiff rights under the due process clause of the Fifth and Fourteenth Amendment to the United States Constitution.

B. Award Punitee damage in the following amount $25,000 against defendant Chambers.

C. Grant such other relief as it may appear plaintiff is entitled.

_Anthony Monyhun_
(Signature of Plaintiff)

Inmate Name: AnThony Moneyltam
Register Number: 42280-424
United States Penitentiary Lewisburg
P.O. Box 1000
Lewisburg, PA 17837



HARRISBURG PA 171
28 FEB 2018 PM 4 L

RECEIVED FEB 28 2018 SCRANTON
MAR 02 2018
PER _____ DEPUTY CLERK
LEGAL MAIL

18501-114848

Office of The Clerk
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148